**United States District Court**
For the Northern District of California

E-FILED on    9/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Matthew John Hummasti,<br><br>        Plaintiff,<br><br>    v.<br><br>Paul Voller,<br><br>        Defendant. | No. C-09-1447 RMW<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE<br><br>**[Re Docket No. 5]** |

By letter request dated July 16, 2009, plaintiff requested that this action be dismissed. Plaintiff's motion is granted and it is hereby ordered that the complaint is dismissed without prejudice.

DATED:     9/15/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE—No. C-09-1447 RMW
TER

**United States District Court**
**For the Northern District of California**

1    **A copy of this document has been mailed to:**

2    **Plaintiff:**

3    **Matthew John Hummasti**
4    92340 Svensen Market Road
     Astoria, OR 97103

6    **Counsel for Defendant:**
     No appearance

10   Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

14   **Dated:**    9/15/09                                TER
15                                                            **Chambers of Judge Whyte**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE—No. C-09-1447 RMW
TER                                         2